*In re* LILLIAM CELINDA CORDERO NEGRÓN.

*Número:* 7227                    *Resuelto:* 21 de octubre de 1994

Lcdo. *Govén D. Martínez Surís,* Director de la Oficina de Inspección de Notarías.

I

PER CURIAM: El 29 de junio de 1994, el Lcdo. Govén D. Martínez Surís, Director de la Oficina Inspección de Nota-

---

rías, nos informó que la Lcda. Lillian Celinda Cordero Negrón no había rendido los índices notariales correspondientes a los meses de enero y abril de 1993, y desde esa fecha hasta mayo de 1994, ello en incumplimiento con el Art. II de la Ley Notarial de Puerto Rico, 4 L.P.R.A. sec. 2023.

En su escrito, el licenciado Martínez Surís informó que las gestiones conducentes para lograr su remisión fueron infructuosas. La notario Cordero Negrón hizo caso omiso a dicho requerimiento.

En 26 de mayo le notificamos personalmente que le concedíamos treinta (30) días para que informara al respecto. Fue apercibida de que su incomparecencia conllevaría sanciones.

## II

Ha transcurrido el término sin noticias de la licenciada Cordero Negrón. Ello demuestra una actitud de total menosprecio al cumplimiento de los requisitos de la notaría. *In re Lago Giberga*, 134 D.P.R. 502 (1993); *In re Ribas Dominicci I*, 131 D.P.R. 491 (1992). Evidentemente la licenciada Cordero Negrón no tiene interés en continuar ejerciéndola. Tampoco tiene interés en exponer su posición frente al Tribunal.

Estas circunstancias nos mueven a decretar su suspensión temporera de la abogacía hasta que dispongamos lo contrario. *In re Bonaparte Rosaly*, 130 D.P.R. 199 (1992); *In re Nicot Santana*, 129 D.P.R. 717 (1992); *In re Santiago Méndez*, 129 D.P.R. 696 (1991).

*Se dictará la sentencia correspondiente.*

La Juez Asociada Señora Naveira de Rodón limitaría la suspensión a la notaría y concedería a la licenciada Cordero Negrón un término para que explicase las razones por las cuales no debe ser suspendida de la abogacía.